IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IRENA CASSAVANT, | ) |
| Plaintiff, | ) |
| | ) C.A. No.: 16-276-SLR |
| v. | ) |
| CHASE BANK USA, N.A., and TRANSUNION LLC, | ) |
| Defendants. | ) |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Irena Cassavant and Defendants Chase Bank USA, N.A. and TransUnion, LLC hereby stipulate and agree that the above-captioned action is dismissed with prejudice in its entirety. Each party shall bear its own attorneys' fees and costs.

*/s/ Antranig Garibian*
Antranig Garibian (#4962)
Garibian Law Offices, P.C.
1010 N. Bancroft Parkway, Suite 22
Wilmington, DE 19805

*Attorney for Plaintiff
Irena Cassavant*

*/s/ Erika R. Caesar*
Beth Moskow-Schnoll (#2900)
Erika R. Caesar (#5143)
BALLARD SPAHR, LLP
919 N. Market Street, 11th Floor
Wilmington, DE 19801

*Attorneys for Defendant
Chase Bank USA, N.A.*

*/s/ Blake A. Bennett*
Blake A. Bennett, Esquire (#5133)
Cooch & Taylor, P.A.
1000 West Street, 10th Floor
Wilmington, DE 19801

*Attorney for Defendant TransUnion, LLC*

DMEAST #26416964 v1